UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ERNEST LARKIN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROB BONTA, as an individual and in his official capacity as Attorney General of the State of California; BLAKE GRAHAM, as an individual and in his official capacity as the Director of the Bureau of Firearms; and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No.: 22-CV-1532 JLS (MSB)<br><br>**ORDER GRANTING DEFENDANTS' SECOND EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 7) |

　　　Presently before the Court is Defendants Rob Bonta and Blake Graham's ("Defendants") Second Ex Parte Application for an Extension of Time to Respond to Complaint ("Second Appl.," ECF No. 7). Defendants request an extension of 43 days to file a responsive pleading because "the parties are making a good-faith effort to resolve the case informally." Second Appl. at 2. Good cause appearing, the Court **GRANTS** the Second Ex Parte Application. Defendants must file their response to Plaintiff's Complaint <u>on or before January 13, 2023</u>.

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: December 1, 2022

Hon. Janis L. Sammartino
United States District Judge