| | |
|---|---|
| 1 | C.D. Michel – SBN 144258 |
| 2 | Tiffany D. Cheuvront – SBN 317144 |
|   | Matthew D. Cubeiro – SBN 291519 |
| 3 | **MICHEL & ASSOCIATES, P.C.** |
|   | 180 E. Ocean Blvd, Suite 200 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: (562) 216-4444 |
| 5 | Facsimile: (562) 216-4445 |
| 6 | Email: tcheuvront@michellawyers.com |

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| GREGORY ERNEST LARKIN, | Case No.: 22CV1532 JLS MSB |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ROB BONTA, as an individual and in his official capacity as Attorney General of the State of California; BLAKE GRAHAM, as an individual and in his official capacity as the Director of the Bureau of Firearms; and DOES 1-10, | Action filed: October 7, 2022 |
| Defendants. | |

1
NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | Plaintiff Gregory Ernest Larkin, by and through his attorneys of record, |
| 2 | hereby voluntarily dismisses the action against Defendants Rob Bonta, Blake |
| 3 | Graham, and Does 1-10, without prejudice, pursuant to Federal Rule of Civil |
| 4 | Procedure 41 (a)(1)(A)(i). |
| 5 | Plaintiff also dismisses any claims against the Bureau of Criminal |
| 6 | Information and Analysis (BCIA). Although the action does not name the BCIA, it |
| 7 | does request declaratory relief against the agency, as such, all claims against the |
| 8 | BCIA are hereby also dismissed without prejudice. |

Dated: January 4, 2023                **MICHEL & ASSOCIATES, P.C.**

*s/ Tiffany D. Cheuvront*
Tiffany D. Cheuvront
Email: tcheuvront@michellawyers.com

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Larkin v. Bonta*
Case No.: 22CV1532 JLS MSB

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF VOLUNTARY DISMISSAL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Stephen A. Aronis
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
E-mail: steve.aronis@doj.ca.gov
   *Attorneys for Defendants Rob Bonta and Blake Graham*

    I declare under penalty of perjury that the foregoing is true and correct. Executed January 6, 2023.

_____
Laura Palmerin